

FILED
DEC 1 4 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | NO. 4:22CR 289 |
| v. | § § | Judge Jordan |
| GUY WESLEY REFFITT | § § | |

# INDICTMENT

The United States Grand Jury charges:

## Count One

Violation: 26 U.S.C. § 5861(d)
(Possession of Unregistered Firearm)

On or about January 16, 2021, in the Eastern District of Texas, the defendant, GUY WESLEY REFFITT, knowingly received and possessed a firearm, namely a silencer, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses alleged in this indictment, the defendant shall forfeit to the United States pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), all firearms involved in the offense, including but not limited to the following:

1. A black in color silencer with no markings or identification numbers.

Indictment
Page 1

A TRUE BILL

_____
FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____     12/14/22
WILLIAM R. TATUM              Date
Assistant United States Attorney



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

DEC 1 4 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | NO. 4:22CR 289<br>Judge Jordan |
| v. | | |
| GUY WESLEY REFFITT | | |

**NOTICE OF PENALTY**

**Count One**

<u>Violation</u>:   26 U.S.C. § 5861(d)

<u>Penalty</u>:   Imprisonment for a term of not more than 10 years, a fine not to exceed $10,000.00; supervised release for a term of not more than 3 years.

Special Assessment: $100.00

Indictment
Page 3