IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



JAN 2 3 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CASE NUMBER 4:22-CR-00289 |
| v. | § § | |
| GUY WESLEY REFFITT | § § § | |

## ORDER OF DETENTION

The Court held a hearing to consider the matter of Defendant's detention pending trial. Defendant waived his right to a detention hearing. It is therefore

ORDERED that the Defendant is detained pending trial without prejudice to him re-raising the issue of pretrial detention if circumstances change.

Signed January 23, 2023.

_____
CHRISTINE A. NOWAK
UNITED STATES MAGISTRATE JUDGE