UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO. 4:22CR289 (Judge Jordan) |
| GUY WESLEY REFFITT | § | |

## NOTICE OF ATTORNEY APPEARANCE

TO THE HONORABLE SEAN D JORDAN, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS:

COMES NOW Assistant Federal Public Defender, Michelle Allen-McCoy, for the Eastern District of Texas, the undersigned and notices the Court of the Federal Defender's intent to substitute Michelle Allen-McCoy, Assistant Federal Defender, Sherman Division, for Michael Pannitto, as counsel for defendant in this cause. The undersigned, Michelle Allen-McCoy, Assistant Federal Defender, should be formally substituted as attorney of record for the defendant, and all further pleadings and papers should be served on:

      Michelle Allen-McCoy
      Assistant Federal Defender
      State Bar No.24052252
      7460 Warren Pkwy, Suite 270
      Frisco, Texas 75034
      (469) 362-8506
      (469) 362-6010 FAX

Respectfully Submitted,

/s/ Michelle Allen-McCoy
MICHELLE ALLEN-MCCOY
State Bar No. 24052252
Assistant Federal Defender
Federal Defender's Office
7460 Warren Pkwy, Suite 270
Frisco, Texas 75034
469/362-8506
469/362-6010  (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been furnished to **William Tatum**, Assistant U.S. Attorney, presently assigned to this case, via electronic court filing system, on this the 24th day of January, 2023.

/s/ Michelle Allen-McCoy
MICHELLE ALLEN-MCCOY