UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:22CR289 |
| | § | (Judge Jordan) |
| GUY WESLEY REFFITT | § | |

## MOTION FOR CONTINUANCE OF PRETRIAL DATES, AND FOR A SPECIAL SETTING TRIAL DATE

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS;

COMES NOW, Defendant, GUY WESLEY REFFITT, by and through his undersigned attorney, and files this, his MOTION FOR CONTINUANCE OF PRETRIAL DATES AND FOR A SPECIAL SETTING TRIAL DATE, and would show this Honorable Court as follows, to-wit:

The Defendant is charged in a one-count Indictment with a violation of 26 U.S.C. § 5861(d) (Possession of Unregistered Firearm).   The deadline to file a continuance or notification of a plea agreement is March 11, 2024, and the Final Pretrial Conference is scheduled for April 1, 2024.  At this time, it does not appear that the case will be resolved through a plea, but rather will proceed to trial.

In an effort to enable the parties to effectively prepare for trial and to coordinate witness schedules, the parties request a special setting for trial.  The parties have consulted and would respectfully request a trial setting in July or August 2024.   The Government is not available June 20 to June 24.   Defense Counsel will be out of the country and unavailable from June 12 to June 28.

This Motion for Continuance is not made for purposes of delay, but only in order that justice may be done.  The Defendant requests that this Court make a finding that "the ends of

**Motion for Continuance of Pretrial Dates**     **United States v. GUY WESLEY REFFITT**
**And For a Special Setting Trial Date**     **Case No. 4:22CR289**
Page - 1 -

justice served by taking such action outweigh the best interest of the public and the defendant to a speedy trial."  18 U.S.C. § 3161(h)(7)(A).

WHEREFORE PREMISES CONSIDERED, Defendant respectfully requests that the pretrial dates be continued and that the Court specially set this case for trial in July or August 2024.

Respectfully submitted,

/s/ Michelle Allen-McCoy
MICHELLE ALLEN-MCCOY
Assistant Federal Defender
Eastern District of Texas
7460 Warren Parkway, Suite 270
Frisco, Texas 75034
(469) 362-8506
FAX: (469) 362-6010

*Attorney for Defendant*

### CERTIFICATE OF CONFERENCE

Prior to filing this motion, I contacted Assistant United States Attorney, William Tatum, and the Government does not oppose this motion.

/s/ Michelle Allen-McCoy
MICHELLE ALLEN-MCCOY
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of March 2024, a true and correct copy of the foregoing Defendant's MOTION FOR CONTINUANCE OF PRETRIAL MOTION DATES, CHANGE OF PLEA DEADLINE, AND FINAL PRETRIAL CONFERENCE DATE was sent by CM/ECF to:

William Tatum
Assistant U.S. Attorney
600 East Taylor
Suite 2000
Sherman, TX 75090

        /s/ Michelle Allen-McCoy
        MICHELLE ALLEN-MCCOY
        *Attorney for Defendant*