## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL ACTION NO. 4:22cr289 |
| | § |
| GUY WESLEY REFFITT (1) | § |

## COMBINED CONTINUANCE AND
## AMENDED PRE-TRIAL ORDER

Defendant Guy Wesley Reffitt's Motion to Continue and Request for a Special Setting (#31) is granted. After having considered the Defendant's motion, the Court finds as follows:

1. Defendant's request is made knowingly, intelligently, and voluntarily.

2. The Government does not object to a continuance.

3. Having considered the factors listed in 18 U.S.C. § 3161(h)(7)(B), the Court finds that the ends of justice served by granting Defendant's request outweigh the best interests of the public and the Defendants in a speedy trial.

4. This continuance is required to assure the necessary time for counsel to prepare effectively for trial, taking into account the exercise of due diligence.

5. The period of delay due to the motion for continuance is the period from the date of the motion through the date of the new trial setting, and this is excludable time under the Speedy Trial Act.

Defendant's Unopposed Motion to Continue and Request for Special Setting is **GRANTED**. Accordingly, this case is reset for **Pretrial Conference and Jury Selection and Trial** on **Monday, July 22, 2024, at 9:00 a.m.**

## AMENDED PRE-TRIAL ORDER

This case is set for **Pre-Trial Conference** on July 22, 2024, at 9:00 a.m. in Courtroom #105, United States Courthouse, 7940 Preston Road, Plano, Texas. **Jury Selection** and **Trial** will commence after the Pre-Trial Conference and continuing thereafter.

The following deadlines shall apply in this case.

| | |
|---|---|
| June 17, 2024 | Any motion to suppress evidence shall be filed with the court. |
| July 1, 2024 | Any motion for continuance shall be filed with the court. |
| July 12, 2024 | Counsel for the Government shall deliver to counsel for Defendant(s) proposed jury instructions. |
| July 1, 2024<br>By 4:00 PM | Notification of a plea agreement shall be by email, hand delivery or fax of a signed copy of the plea agreement and factual basis for the plea. Notification that the case will proceed to trial may be by email or telephone. **After this deadline, no plea agreement will be honored by the court, and Defendant may not receive a points reduction for acceptance of responsibility.** |
| July 15, 2024 | If the parties do not notify the Court of a plea agreement as provided above, defense counsel shall deliver to counsel for the Government any additional jury instructions desired by Defendant(s). If two or more Defendants are represented by separate counsel, their submission must be made jointly. |
| July 15, 2024 | Counsel for Defendant(s) and counsel for the Government shall confer to determine which jury instructions can be agreed upon. |
| July 15, 2024 | Parties shall file any motions in limine and any other pretrial motions. |
| July 15, 2024 | Counsel for the Government and counsel for the Defendant(s) shall: |

    A.    Jointly file agreed upon instructions;

B.     Each file any proposed instructions that were not agreed upon, citing the authority for each instruction. (Any party seeking to file proposed jury instructions after the deadline may do so only with leave of Court.);

C.     Each file any objections to the other's proposed jury instructions. Objections must be written, specific, cite authority, and include any alternate instructions counsel deem more appropriate;

D.     Each file proposed voir dire questions;

E.     If counsel believes that a written response to a particular motion in limine is needed, file it as soon as possible;

F.     Each file a list of witnesses and a list of exhibits anticipated to be introduced during trial. Each provide the court a copy of each marked exhibit. All exhibits to be used for trial shall be pre-marked numerically and in succession. (Groups of exhibits pertaining to the same subject matter, such as photos of same scene, may, at counsel's discretion be numbered and lettered, i.e., 2a, 2b, 2c, etc.) Counsel shall provide the Court the original and two (2) copies of each list and marked exhibit.

**So ORDERED and SIGNED this 27th day of March, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE