UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITEDS STATES OF AMERICA | $ $ | |
| V | $ | NO. 4:22CR289 |
| | $ | (Judge Jordan) |
| GUY WESLEY REFFITT | $ | |

## MOTION FOR CHANGE OF APPOINTED COUNSEL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS;

COMES NOW, Defendant GUY WESLEY REFFITT, and files this, his MOTION FOR CHANGE OF APPOINTED COUSEL, and would show this Honorable Court as follows, to-wit:

1. Defendant is currently in the custody Cimarron Corrections Facility, located in Cushing, Oklahoma.
2. The cause or pretext of the detention is an indictment.
3. Defendant respectfully request CHANGE OF APPOINTED COUNSEL due to irreconcilable differences, ineffective advice and conflict of interest.
4. Defendant requests this change in a timely manner to avoid further conflicts with courts scheduling.

## GROUNDS FOR MOTION

Defendant respectfully requests a change of counsel to allow Defendant to make fully informed decisions on how he would like to proceed with this case.

This motion for change of appointed counsel is not made for purposes of delay, but only in order that justice may be done. The Defendant requests that this Court make a finding that taking such action will be "in the interest of justice."

Respectfully submitted,

Guy Wesley Reffitt

The Defendant

Date: June 4, 2024

1 of 4 Copies