


TULSA OK 740
6 JUN 2024 PM 2 L

RECEIVED
JUN 1 0 2024
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

Guy Reffitt / 26216-509
Cimarron Correctional Facility
3200 S. Kings Hwy
Cushing, OK 74023

Court Clerk
United States Courthouse
7940 Preston Rd.
Plano, TX 75024

CONFIDENTIAL