UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:22cr289 |
| | § | |
| GUY WESLEY REFFITT (1) | § | |

**ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE**

Defendant Guy Wesley Reffitt's Motion to Continue (#34) is granted.

After having considered the Defendant's motion, the Court finds as follows:

1. Defendant's request is made knowingly, intelligently, and voluntarily.

2. The Government does not object to a continuance.

3. Having considered the factors listed in 18 U.S.C. § 3161(h)(7)(B), the Court finds that the ends of justice served by granting Defendant's request outweigh the best interests of the public and the Defendants in a speedy trial.

4. This continuance is required to assure the necessary time for counsel to prepare effectively for trial, taking into account the exercise of due diligence.

5. The period of delay due to the motion for continuance is the period from the date of the motion through the date of the new trial setting, and this is excludable time under the Speedy Trial Act.

Defendant's Unopposed Motion to Continue and Request for Special Setting is **GRANTED**. Accordingly, this case is reset for **Pretrial Conference and Jury Selection and Trial** on **Monday, September 30, 2024, at 9:00 a.m.**

So ORDERED and SIGNED this 21st day of June, 2024.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE