UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CASE NO. 4:22-CR-289 ALM/KPJ |
| § | |
| GUY WESLEY REFFITT (1) § | |

## ORDER

Pending before the Court is Defendant's Motion to Appoint New Counsel (Dkt. 33). A hearing on the Motion was held on July 2, 2024. For the reasons stated on the record, the Motion is hereby **GRANTED**.

It is therefore **ORDERED** that Michelle Allen-McCoy and the Office of the Federal Public Defender are removed as counsel of record.

Accordingly, pursuant to the Criminal Justice Act (18 U.S.C. § 3006A), this Court appoints James Joseph Mongaras, a member of the Criminal Justice Act Panel of this District, to represent Defendant.

**So ORDERED and SIGNED this 3rd day of July, 2024.**

KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE