**UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| | § | |
| **VS.** | § | **CAUSE NO. 4:22-CR-00289** |
| | § | |
| **Guy Wesley Reffitt** | § | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** the Defendant, Guy Reffitt, and moves for a continuance of the trial and all associated deadlines in this case and would show the following:

I.

This case is currently set for Jury Trial on September 30, 2024, at 9 a.m.

II.

A motion for continuance was filed on June 12, 2024. Current counsel was appointed to represent Mr. Reffitt on July 3, 2024.

For context, Mr. Reffitt had been previously convicted and sentenced to 87 months imprisonment for several charges in the District of Columbia, (*USA v. REFFITT* 1:21-cr-00032) on August 8, 2021. Since that time, and in light of *Fischer v. United States*, 603 U.S. ___ (2024), one of Reffitt's conviction, under 18 U.S.C. § 1512(c)(2) has been vacated. On September 9, 2024, the United States Court of Appeals for the District of Columbia Circuit issued a mandate that the case be remanded for further proceedings. On that same day, the D.C. district court issued an order for a joint status report proposing a schedule for further proceedings. Accordingly, Reffitt will have a resentencing in another district court, which may require travel

Unopposed Motion for Continuance - 1

to D.C. in the very near future. This resentencing will also impact this trial.

Therefore, a continuance of at least 90 days is requested.

III.

Undersigned counsel has conferred with the Assistant United States Attorney and the government does not oppose this motion.

Based on the foregoing, Defendant requests that this Court grant a continuance of the trial in this case.

Respectfully submitted,


 /s/ J. Joseph Mongaras
J. JOSEPH MONGARAS
Bar Card No. 24039975
jjm@udashenanton.com

UDASHEN | ANTON
8150 N. Central Expressway
Suite M1101
Dallas, Texas 75206
214-468-8100
214-468-8104


**CERTIFICATE OF SERVICE**

A copy of this motion was electronically delivered to AUSA on this case, on this the

September 11, 2024

 /s/ J. Joseph Mongaras
J. JOSEPH MONGARAS
**CERTIFICATE OF CONFERENCE**


The undersigned counsel certifies that he has spoken to the AUSA and he is not opposed

to this motion.

/s/ J. Joseph Mongaras
J. JOSEPH MONGARAS


Unopposed Motion for Continuance - 2