UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § | CAUSE NO. 4:22-CR-00289 |
| **Guy Wesley Reffitt** | § § | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** the Defendant, Guy Reffitt, and moves for a continuance of the trial and all associated deadlines in this case and would show the following:

I.

This case is currently set for Jury Trial on February 3, 2025.

II.

Mr. Reffitt had been previously convicted and sentenced to 87 months imprisonment for several charges in the District of Columbia, (*USA v. REFFITT* 1:21-cr-00032) on August 8, 2021. Since that time, and in light of *Fischer v. United States*, 603 U.S. ___ (2024), one of Reffitt's conviction, under 18 U.S.C. § 1512(c)(2) has been vacated. Accordingly, Reffitt had a resentencing in December 2024. Since that time, he has been in transport to the Eastern District of Texas and counsel has been unable to speak with his client. Counsel needs additional time to speak with his client in order to adequately prepare for trial.

Therefore, a continuance of at least 90 days is requested. This request is not sought for delay, but in the interest of justice.

III.

Undersigned counsel has conferred with the Assistant United States Attorney and the government does not oppose this motion.

Based on the foregoing, Defendant requests that this Court grant a continuance of the trial in this case.

Respectfully submitted,

/s/ J. Joseph Mongaras
J. JOSEPH MONGARAS
Bar Card No. 24039975
jjm@udashenanton.com

UDASHEN | ANTON
8150 N. Central Expressway
Suite M1101
Dallas, Texas 75206
214-468-8100
214-468-8104

## CERTIFICATE OF SERVICE

A copy of this motion was electronically delivered to AUSA on this case, on January 6, 2025.

/s/ J. Joseph Mongaras
J. JOSEPH MONGARAS

## CERTIFICATE OF CONFERENCE

The undersigned counsel certifies that he has spoken to the AUSA and he is not opposed to this motion.

/s/ J. Joseph Mongaras
J. JOSEPH MONGARAS