**UNITED STATES DISTRICT COURT
F O R  THE EASTERN DISTRICT OF
TEXAS   SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| | § | |
| **VS.** | § | **CAUSE NO. 4:22-CR-00289** |
| | § | |
| **Guy Wesley Reffitt** | § | |

## ORDER GRANTING CONTINUACE

On this day the Court considered the motion for continuance.  The Court, after

considering same, is of the opinion that said motion should be:

(GRANTED)(DENIED).

Order – Page 1