**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| *Versus* | § CRIMINAL ACTION NO. 4:22cr289 |
| | § |
| GUY WESLEY REFFITT (1) | § |

**COMBINED CONTINUANCE AND**
**AMENDED PRE-TRIAL ORDER**

Defendant Guy Wesley Reffitt's Motion for Continuance (#40) is granted.

The Court, having considered the factors set forth in 18 U.S.C. § 3161, finds as follows:

1. Defendant's request is made knowingly, intelligently, and voluntarily.

2. The Government has no objection to a continuance.

3. Having considered the factors listed in 18 U.S.C. § 3161(h)(7)(B), the Court finds that the ends of justice served by granting Defendant's request outweigh the best interests of the public and the Defendant in a speedy trial.

4. This continuance is required to assure the necessary time for counsel to prepare effectively for trial, taking into account the exercise of due diligence.

5. The period of delay due to the motion for continuance is the period from the date of the motion through the date of the new trial setting, and this is excludable time under the Speedy Trial Act.

Defendant's Motion for Continuance is **GRANTED**, and this case is **reset** for

**Pretrial Conference and Trial Scheduling** on **June 2, 2025, at 9:00 a.m.**

## AMENDED PRE-TRIAL ORDER

This case is set for **Pre-Trial Conference** on **June 2, 2025**, at 9:00 a.m. in Courtroom #105, United States Courthouse, 7940 Preston Road, Plano, Texas, at which time the case will either proceed to **Jury Selection** and **Trial**, **or a date will be set for Jury Selection and Trial.**

The following deadlines shall apply in this case.

| | |
|---|---|
| **April 28, 2025** | **Any motion to suppress evidence shall be filed with the court.** |
| **May 12, 2025** | Any motion for continuance shall be filed with the court. |
| **May 23, 2025** | Counsel for the Government shall deliver to counsel for Defendant(s) proposed jury instructions. |
| **May 12, 2025 by 4:00 PM** | Notification of a plea agreement shall be by email, hand delivery or fax of a signed copy of the plea agreement and factual basis for the plea.  Notification that the case will proceed to trial may be by email or telephone.  **After this deadline, no plea agreement will be honored by the court, and Defendant may not receive a points reduction for acceptance of responsibility.** |
| **May 26, 2025** | If the parties do not notify the Court of a plea agreement as provided above, defense counsel shall deliver to counsel for the Government any additional jury instructions desired by Defendant(s).  If two or more Defendants are represented by separate counsel, their submission must be made jointly. |
| **May 26, 2025** | Counsel for Defendant(s) and counsel for the Government shall confer to determine which jury instructions can be agreed upon. |
| **May 26, 2025** | Parties shall file any motions in limine and any other pretrial motions. |
| **May 26, 2025** | Counsel for the Government and counsel for the Defendant(s) shall: |

    A.    Jointly file agreed upon instructions;

B. Each file any proposed instructions that were not agreed upon, citing the authority for each instruction. (Any party seeking to file proposed jury instructions after the deadline may do so only with leave of Court.);

C. Each file any objections to the other's proposed jury instructions. Objections must be written, specific, cite authority, and include any alternate instructions counsel deem more appropriate;

D. Each file proposed voir dire questions;

E. If counsel believes that a written response to a particular motion in limine is needed, file it as soon as possible;

F. Each file a list of witnesses and a list of exhibits anticipated to be introduced during trial, and a copy of each marked exhibit. All exhibits to be used for trial shall be pre-marked numerically and in succession. (Groups of exhibits pertaining to the same subject matter, such as photos of same scene, may, at counsel's discretion be numbered and lettered, i.e., 2a, 2b, 2c, etc.) Counsel shall provide the Court the original and two (2) copies of each list and marked exhibit.

**So ORDERED and SIGNED this 13th day of January, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE