IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | 4:21-CR-00283 |
| | § | |
| GUY REFFITT | § | |

**MOTION TO REOPEN DETENTION HEARING**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Guy Reffitt, the Defendant in the above styled and numbered cause, by and through undersigned counsel, and moves the Court to reopen the detention hearing and order entered by the Magistrate Judge, pursuant to 18 U.S.C § 3142(f) and in support of this Motion would show the following:

I.

Pursuant to 18 U.S.C § 3142(f), the detention hearing may be reopened at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community. Here, however, the defendant reserved his rights to reopen his detention hearing if his "hold" from another district was released. An Executive Order dated January 20, 2025, granted a pardon, "Relating to the Events at or Near the United States Capitol on January 6, 2021". In other

Motion to Reopen Detention Hearing

words, Reffitt no longer is serving a prison sentence and is ordered released by Executive order for his case in the District of Columbia.

## II.

Additionally, Reffitt is not a flight risk, and not a danger to the community and will appear pursuant to all orders of this Court. Because Reffitt no longer has any hold, and his current status is information he did not have at the time of his waiver, he asks that the Court grant him a hearing.

## III.

Conditions such as electronic monitoring, home confinement, or a curfew will reasonably assure the safety of the community. Conditions such as regular check-ins with pretrial services, remain in the custody of a designated person who agrees to assure supervision and report any violation and/or regular appearances in Court will assure the appearance of the defendant as required. However, in this case, the burden is on the government to keep Reffitt detained.

## IV.

There are conditions that can be ordered which are available and will reasonably assure the appearance of the person as required and the safety of any other person and the community. Therefore, the Court should reopen the pretrial release of the defendant.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned counsel prays that this Court grant this Motion to Reopen the Detention Hearing.

Motion to Reopen Detention Hearing

Respectfully submitted,

/s/ J. Joseph Mongaras
J. Joseph Mongaras
Bar Card No. 24039975

UDASHEN | ANTON
8150 North Central Expressway
Suite M1101
Dallas, Texas 75206
jjm@udashenanton.com
214-468-8100
214-468-8104
*Attorney for Defendant*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he spoke to the attorney for the Government, On January 20, 2025, regarding the foregoing Motion to Reopen Detention Hearing and he states that the Government is not opposed to this motion.

/s/ J. Joseph Mongaras
J. Joseph Mongaras

## CERTIFICATE OF SERVICE

On this January 21, 2025, a true and correct copy of the foregoing Motion to Reopen Detention hearing was delivered via electronic means to the Assistant United States Attorney.

/s/ J. Joseph Mongaras
J. Joseph Mongaras

Motion to Reopen Detention Hearing