UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § | CAUSE NO. 4:22-CR-00289 |
| | § § | |
| Guy Wesley Reffitt | § | |

## ORDER GRANTING CONTINUACE

On this day the Court considered the motion to reopen his detention hearing.  The Court, after considering same, is of the opinion that said motion should be:

(GRANTED)(DENIED).

*Order – Page 1*