IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:22CR289 |
| | § | Judge Jordan |
| GUY WESLEY REFFITT | § | |

### MOTION TO DISMISS INDICTMENT WITH PREJUDICE

NOW COMES the United States of America and files this Motion to Dismiss the Indictment with Prejudice, showing the court as follows:

In light of the Executive Order dated February 20, 2025, Granting Pardon and Commutation of Sentences for Certain Offenses Relating to the Events at or Near the United States Capitol on January 6, 2021, and after consulting with Department of Justice leadership, the United States moves to the dismiss the indictment pending against the defendant Guy Wesley Reffitt with prejudice.

WHEREFORE, the United States moves the Court to grant this Motion and order that the indictment be dismissed with prejudice.

Respectfully submitted,

ABE MCGLOTHIN, JR.
ACTING UNITED STATES ATTORNEY

/s/ William R. Tatum
WILLIAM R. TATUM
Assistant United States Attorney
600 East Taylor, Suite 2000
Sherman, Texas 75090
Texas Bar No. 24037585
Telephone: 903/868-9454
Facsimile: 903/892-2792
William.Tatum@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was electronically filed *via* the District Court's Case Management/Electronic Case File system on the 28th day of February, 2025, and that defendant's attorney will thereby receive an electronic copy thereof.

/s/ William R. Tatum
William R. Tatum