IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO.  4:22CR289 |
| | § | Judge Jordan |
| GUY WESLEY REFFITT | § | |

ORDER DISMISSING INDICTMENT WITH PREJUDICE

The Court has considered the Government's Motion to Dismiss the Indictment with Prejudice and the Court being of the opinion that same should be granted, it is,

ORDERED that the Indictment in the above referenced matter be, and it is hereby, dismissed with prejudice.

**So ORDERED and SIGNED this 5th day of March, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE